FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS WHITING,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CATHEDRAL CITY, et al.,<br><br>        Defendants. | No. EDCV 13-250-BRO(CW)<br><br>ORDER ACCEPTING REPORT AND<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**: (1) that Defendants' motion to dismiss (docket no. 34, filed March 21, 2014) be **GRANTED**; (2) that the First Amended Complaint be dismissed without further leave to amend; and (3) that judgment be entered dismissing this action -- with prejudice as to Plaintiff's claims under 42 U.S.C. § 1983, and without prejudice as

to his state law claims.

DATED: 5.8.14

BEVERLY REID O'CONNELL
United States District Judge