Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS WHITING, | No. EDCV 13-250-BRO(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF CATHEDRAL CITY, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed -- with prejudice as to Plaintiff's claims under 42 U.S.C. § 1983, and without prejudice as to his state law claims.

DATED: 5.8.14

BEVERLY REID O'CONNELL
United States District Judge

1